TRANS AMERICA DEVELOPMENT CORPORATION, Appellant, *v.* ADOLF LEON, Respondent.

Argued January 16, 1953; decided March 6, 1953.

*Alan F. McHenry* and *J. Harlin O'Connell* for appellant.
*David Teitelbaum* and *Burr F. Coleman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.